ACCEPTED
04-14-00722-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/29/2015 11:39:38 AM
KEITH HOTTLE
CLERK



**Bexar County Public Defender's Office**
101 W. Nueva ◆ Paul Elizondo Tower – Suite 310 ◆ San Antonio, TX 78205-3440
Phone: (210) 335-0701 ◆ Fax: (210) 335-0707

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/29/2015 11:39:38 AM
KEITH E. HOTTLE
Clerk

May 27, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205

> Re:    Samuel Stephen Biggs v. State of Texas
>        Appeal No. 04-14-00722-CR
>        Cause No. 2013-CR-1339W

To the Honorable Court of Appeals:

Pursuant to Tex. R. App. P. 48.4 (West 2013), I hereby certify that I have notified the Appellant, Samuel Stephen Biggs, of his right to file a *pro se* petition for discretionary review. I have included a copy of the opinion and the judgment with my letter to Mr. Biggs. The notification was sent by certified mail, return receipt requested. A copy of the return receipt is attached to this letter. The undersigned attorney supplies the Court with the following information about this case:

Appellate attorney: Michael Robbins (SBN:16984600)
Date of Opinion and Judgment: May 6, 2015
Date notification mailed to Appellant: May 19, 2015
Certified mail number: 7014 2120 0001 0627 1631
Date return receipt received by the undersigned attorney: May 26, 2015

Sincerely yours,

MICHAEL ROBBINS
Appellate Public Defender

Attachment
/cmb

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Samuel Stephen Biggs
SID# 779207
200 N. Comal St.
San Antonio, Tx. 78207

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  B. Plata
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail®     ☐ Priority Mail Express™
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)     7014 2120 0001 0627 1631

PS Form 3811, July 2013          Domestic Return Receipt